# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137987(66)


JAMES A. LOOS, JR.,
        Plaintiff-Appellee,

v

J.B. INSTALLED SALES, INC., a/k/a J.B.
SUPPLY and ACCIDENT FUND
INSURANCE COMPANY OF AMERICA,
        Defendants-Appellants,
and

ROBINSON ROOFING,
        Defendant-Appellee.
_____

SC: 137987
COA: 275704
WCAC: 05-000246


        On order of the Chief Justice, the joint request by the parties for extension of time for filing their supplemental briefs is considered and, it appearing that both supplemental briefs were filed by June 22, 2009, the time for filing is extended to that date. The motion by defendants-appellants to strike non-record materials remains pending before the Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2009

_____
Clerk